# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Pinki Sheth

                      Plaintiff,

v.                                                    Case No.: 1:21–cv–01155
                                                            Honorable Thomas M. Durkin

Caremark, LLC., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 20, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to voluntarily dismiss CVS Caremark Corporation and CVS Health and for leave to file first amended complaint and to modify briefing schedule [14] is granted. CVS Caremark Corporation and CVS Health are dismissed without prejudice. Plaintiff is permitted to file her First Amended Complaint against Caremark, LLC only. The briefing schedule on the Motion to Compel Arbitration [3] is extended as follows: Plaintiff's Response is due on 4/12/2021 and Defendant's Reply is due on 9/2/2021. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.