# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PINKI SHETH, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAREMARK, LLC, CVS Caremark Corporation, and CVS Health,<br><br>Defendants. | Civil Action No. 1:21-cv-01155<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Young B. Kim |

## JOINT STATUS REPORT

Now come the Plaintiff, Pinki Sheth, and the Defendant, Caremark, LLC, and for their Joint Status Report, state as follows:

1. On February 28, 2021 Plaintiff filed her Class and Collection Action Complaint.

2. On April 30, 2021 Defendant Caremark LLC filed its Motion to Compel Arbitration.

3. On May 3, 2021 this Court entered a briefing schedule such that Plaintiff's Response was due June 14, 2021 and Defendant's Reply was due July 1, 2021.

4. On July 20, 2021, this Court granted Plaintiff's Unopposed Motion to Modify Briefing Schedule and granted Plaintiff until August 12, 2021 to respond to Defendant's Motion to Compel Arbitration.

5. On August 12, 2021, this Court entered an order (ECF No. 17) staying the case until October 11, 2021, for the purpose of permitting the parties to engage in informal discovery and settlement discussions during the stay.

6. The parties have, in fact, engaged in informal discovery and settlement discussions, and agreed in principle on a settlement of the case. Because the case involves claims under the Fair Labor Standards Act, the parties will be seeking Court approval of their settlement.

7. The parties anticipate memorializing their agreement and submitting within the next several weeks. The parties respectfully request until November 15, 2021 to submit their joint motion for approval for the Court's consideration.

DATED: October 15, 2021

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Christina Jaremus*

Christina Jaremus (cjaremus@seyfarth.com)
SEYFARTH SHAW LLP
233 South Wacker Drive; Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

**Attorneys for Defendant Caremark, LLC**

MICHAEL L. FRADIN

By: /s/ *Michael L. Fradin*

Michael L. Fradin (mike@fradinlaw.com)
8401 Crawford Avenue, Suite 104
Skokie, Illinois 60076
Telephone: (847) 986-5889
Facsimile: (847) 986-5889

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I, Christina Jaremus, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **JOINT STATUS REPORT** to be served upon counsel of record via the Court's electronic filing system on this 15th day of October 2021.

/s/ <i>Christina Jaremus</i>