# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PINKI SHETH, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CAREMARK, LLC, CVS Caremark Corporation, and CVS Health, <br><br> Defendants. | Civil Action No. 1:21-cv-01155 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Young B. Kim <br><br> **JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Now come the Plaintiff, Pinki Sheth, and the Defendant, Caremark, LLC, and for their Joint Status Report, state as follows:

1. On February 28, 2021 Plaintiff filed her Class and Collection Action Complaint.

2. On April 30, 2021 Defendant Caremark LLC filed its Motion to Compel Arbitration.

3. On May 3, 2021 this Court entered a briefing schedule such that Plaintiff's Response was due June 14, 2021 and Defendant's Reply was due July 1, 2021.

4. On July 20, 2021, this Court granted Plaintiff's Unopposed Motion to Modify Briefing Schedule and granted Plaintiff until August 12, 2021 to respond to Defendant's Motion to Compel Arbitration.

5. On August 12, 2021, this Court entered an order (ECF No. 17) staying the case until October 11, 2021, for the purpose of permitting the parties to engage in informal discovery and settlement discussions during the stay.

6. On October 18, 2021, this Court entered an order (ECF No. 21) requesting that the parties either file a joint status report or a joint motion for approval of settlement by November 15, 2021.

7. The parties are in the process of preparing settlement documents and expect to file a Motion for Approval of Settlement by December 15, 2021.

8. The parties respectfully request until December 15, 2021 to submit their joint motion for approval for the Court's consideration.

MICHAEL L. FRADIN

| /s/ *Michael L. Fradin* | /s/ *Jim Swartz (per email authority)* |
|---|---|
| Michael L. Fradin | Jim Swartz |
| (mike@fradinlaw.com) | SEYFARTH SHAW LLP |
| 8401 Crawford Avenue, Suite 104 | 233 South Wacker Drive; Suite 8000 |
| Skokie, Illinois 60076 | Chicago, Illinois 60606 |
| Telephone: (847) 986-5889 | Telephone: (312) 460-5000 |
| Facsimile: (847) 986-5889 | Facsimile: (312) 460-7000 |
| ***Attorney for Plaintiff*** | ***Attorneys for Defendant Caremark, LLC*** |

## **CERTIFICATE OF SERVICE**

I, Michael L. Fradin, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **JOINT STATUS REPORT** to be served upon counsel of record via the Court's electronic filing system on this 15th day of November, 2021.

/s/ <em>Michael L. Fradin</em>